UNITED STATES Of America,
Plaintiff–Appellee,

v.

Richard Marcel MAZARD, a.k.a. Richard Mazar, a.k.a. Richard M. Mazard, Defendant–Appellant.

No. 13–13485
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 26, 2014.

Kathleen Mary Salyer, Emily M. Smachetti, Wifredo A. Ferrer, Maurice A. Johnson, Arimentha R. Walkins, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Janice Louise Bergmann, Federal Public Defender's Office, Fort Lauderdale, FL, Jan Christopher Smith, II, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Before WILSON, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Richard Marcel Mazard appeals his sentence of 30 months of imprisonment following his plea of guilty to robbery. *See* 18 U.S.C. § 1915(a). Mazard argues that his sentence at the low end of the advisory guideline range is substantively unreasonable. We affirm.

Mazard invited any error involving the reasonableness of his sentence. "It is a cardinal rule of appellate review that a party may not challenge as error a ruling or other trial proceeding invited by that party." *United States v. Love,* 449 F.3d 1154, 1157 (11th Cir.2006) (quoting *United States v. Ross,* 131 F.3d 970, 988 (11th Cir.1997)). At his sentencing hearing, Mazard "ask[ed] for, at a maximum, ... [a sentence of] 30 months" and later argued that "30 months ... [was] very significant, a long period of time ... but appropriate in this case." Mazard is barred from challenging the reasonableness of a sentence at the low end of the guideline range that he requested.

We **AFFIRM** Mazard's sentence.